# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:   DELORES RAMSEY FRY<br>         RICKEY LEE FRY<br><br><br>         Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 08-34441 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/16/2008.

2) This case was confirmed on 02/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/18/2009, 02/10/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/26/2009, 08/03/2010.

5) The case was dismissed on 09/01/2010.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 23

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   22,000.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 6,938.00 |
| Less amount refunded to debtor | $ | 87.04 |
| **NET RECEIPTS** | $ | 6,850.96 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,934.52 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 466.27 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,400.79 |
| Attorney fees paid and disclosed by debtor | $ | 565.48 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| GMAC MORTGAGE CORP | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 1,000.00 | 1,324.57 | 1,000.00 | 282.61 | 79.37 |
| AMERICAN GENERAL FIN | UNSECURED | 96.47 | .00 | 324.57 | 21.65 | .00 |
| BOSE CORPORATION | SECURED | 300.00 | .00 | 300.00 | 75.59 | 21.71 |
| BOSE CORPORATION | UNSECURED | 157.38 | NA | NA | .00 | .00 |
| CITIZENS FINANCE CO | SECURED | 1,000.00 | 1,649.83 | 1,000.00 | 282.61 | 79.37 |
| CITIZENS FINANCE CO | UNSECURED | 946.32 | .00 | 649.83 | 43.33 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,159.62 | .00 | 2,159.62 | 670.74 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,159.62 | NA | NA | .00 | .00 |
| COOK COUNTY COLLECTO | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,683.19 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 1,683.19 | NA | NA | .00 | .00 |
| COOK COUNTY COLLECTO | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 3,704.24 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 3,704.24 | NA | NA | .00 | .00 |
| COOK COUNTY COLLECTO | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 495.47 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 495.47 | NA | NA | .00 | .00 |
| COOK COUNTY COLLECTO | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,533.53 | 12,577.09 | 216.60 | 216.60 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,533.53 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 121,919.00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTRYWIDE HOME LOA | UNSECURED | 11,891.30 | NA | NA | .00 | .00 |
| FIRST FRANKLIN LOAN | SECURED | 145,484.00 | .00 | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN | UNSECURED | 3,516.00 | NA | NA | .00 | .00 |
| GE AUTO FINANCIAL SE | SECURED | 1,100.00 | .00 | 1,100.00 | 310.85 | 87.21 |
| GMAC MORTGAGE | SECURED | 100,171.13 | 49,878.69 | .00 | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | 100,171.73 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | 500.00 | 774.77 | 774.77 | 232.56 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 274.77 | 80.00 | 80.00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | 365,310.00 | 298,502.19 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 33,792.22 | NA | NA | .00 | .00 |
| AVELO MORTGAGE LLC | OTHER | .00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 324.47 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 658.58 | 538.20 | 538.20 | 21.96 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,256.36 | 237.22 | 237.22 | 15.82 | .00 |
| AT & T YELLOW PAGES | OTHER | .00 | NA | NA | .00 | .00 |
| SBC | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 7,230.00 | 7,230.00 | 7,230.00 | 482.08 | .00 |
| AOL | UNSECURED | 77.70 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 164.58 | NA | NA | .00 | .00 |
| CHASE MANHATTAN | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 340.00 | 440.00 | 440.00 | 17.97 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 471.77 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 128.91 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT CO | UNSECURED | 289.56 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 598.58 | 598.58 | 598.58 | 39.90 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 331.20 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 995.69 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 813.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 290.36 | NA | NA | .00 | .00 |
| FRANKLIN CREDIT MANA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 506.65 | 551.20 | 551.20 | 22.50 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 505.72 | 537.72 | 537.72 | 21.95 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 283.46 | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MINOLTA BUSINESS SOL | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| MONITRONICS INTERNAT | UNSECURED | 86.76 | NA | NA | .00 | .00 |
| MUSSAIN MUHHAMAD | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,241.73 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 403.11 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 310.68 | 377.33 | 377.33 | 15.41 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 648.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,699.74 | 1,726.08 | 1,726.08 | 115.09 | .00 |
| PER SE TECHNOLOGIES | UNSECURED | 251.75 | NA | NA | .00 | .00 |
| PROFESSIONAL CAREER | UNSECURED | 439.00 | NA | NA | .00 | .00 |
| RECEIVABLES CONTROL | UNSECURED | 810.45 | NA | NA | .00 | .00 |
| SCHOOL OF PROFESSION | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1,794.26 | 1,794.26 | 1,794.26 | 119.63 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 1,794.26 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | 248.19 | 248.19 | 248.19 | 16.56 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | 242.38 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| MCGRAW HILL COMPANIE | UNSECURED | 79.22 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINA | UNSECURED | 870.00 | NA | NA | .00 | .00 |
| WANDA CONNER | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| WOLPOFF & ABRAMSON L | UNSECURED | 1,579.42 | NA | NA | .00 | .00 |
| RUBY RAMSEY | OTHER | .00 | NA | NA | .00 | .00 |
| RICKEY L FRY | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | 856.38 | 856.38 | 57.10 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | 36,600.27 | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | NA | .00 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | NA | 36,498.81 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | NA | 9,177.63 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | NA | .00 | 100.00 | 100.00 | .00 |
| UNITED CONSUMER FINA | SECURED | NA | 1,019.49 | .00 | .00 | .00 |
| CONDOR CAPITAL CORP | UNSECURED | NA | 12,925.23 | 12,925.23 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,100.00 | 310.85 | 87.21 |
| All Other Secured | 5,550.99 | 1,860.71 | 180.45 |
| **TOTAL SECURED:** | 6,650.99 | 2,171.56 | 267.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,114.79 | 1,010.95 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,400.79 |
| Disbursements to Creditors | $ | 3,450.17 |
| **TOTAL DISBURSEMENTS:** | $ | 6,850.96 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/02/2010                         /s/ Tom Vaughn
                                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**